UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Case No: 26-19320-PDR

YASIEL PUIG VALDES,

Debtor /

**MOTION FOR RECONSIDERATION AND TO VACATE ORDER DISMISSING CHAPTER 11 CASE August 27, 2026 (docket 42)**

The Debtor(s), Yasiel Puig Valdes, moves this court under Bankruptcy Rule 9024 and Federal Rule of Civil Procedure 60 to set aside the Order of Dismissal dated August 27, 2026 (docket no.42) and in support thereof states:

1. On July 2, 2026, Debtor, Yasiel Puig Valdes, filed an emergency voluntary petition seeking relief under Chapter 11 in order to retain his homestead real property.

2. On August 27, 2026 an Order Dismissing Case was filed with the Court (doc 42) citing that the debtor did not file a pre-bankruptcy certification of credit counseling with the Petition under 11 U.S.C. § 109(h).

3. Due to several issues, Counsel for Debtor, was prevented from filing Bankruptcy in the Southern District of Florida. Along with Counsel not being able to file in the Southern District of Florida, the Best Case program that we use to file the Bankruptcy was suddenly not working.

4. In order to file the Chapter 11 Bankruptcy so that all state lawsuit actions ceased, Debtor's Bankruptcy base petition was manually filed in the Middle District of Florida in the Fort Myers Division on July 2, 2026. Debtor's Bankruptcy Case No. in the Middle District of Florida, Ft. Myers Division was 2:26-01662-FMR.

5. Debtor's Counsel immediately found that it would be necessary for him to apply in the Southern District in order to allow the case to be moved to the Southern District.

6. After Counsel was permitted to file in the Southern District, on July 8, 2026 Debtor's Counsel filed an Emergency Motion to Transfer Case from the Middle District of Florida to the Southern District of Florida (docket 5).

7. On July 14, 2026 an Order Granting Emergency Motion to Transfer Case to the Southern District of Florida was filed with the Court (docket 13).

8. It was also necessary to file a Motion to Extend Time to file the balance of the petition due to Debtor's employment requiring him to travel extensively.

9. On August 14, 2026 Debtor's Counsel filed the Summary of Assets/Liabilities, Schedules

A-J, Statement of Financial Affairs, Declaration regarding Schedules (doc 35), Chapter 11 Statement of Current Monthly Income and Calculation of Commitment Period Form 122B (doc 36), and Chapter 11 Case Management Summary (doc 37).

10. Debtor's Counsel has now filed the Certificate of Counseling (Southern District of Florida) which was completed on June 2, 2026 prior to the filing of his Chapter 11 Bankruptcy (doc 43).

11. Counsel for Debtor believes that Debtor should be able to continue his Chapter 11 and prays that the Court **Reconsider and Vacate the Order Dismissing Case.**

WHEREFORE, debtor(s) requests that the Order Dismissing Case dated August 27, 2026 (d/e 42) be Vacated, that Debtor's Chapter 11 Bankruptcy be reinstated and for such other and further relief as this Court deems just and proper.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Motion For Reconsideration and to Vacate Order Dismissing Chapter 11 Case (Dated August 27, 2026 (docket entry 42)** has been furnished by either electronic transmission or by U.S. Mail on the 28th day of August 28, 2026 to all interested parties on the attached mailing matrix.

Dated this 28th day of August, 2026.

/s/ Ronald Cutler
Ronald Cutler
Attorney for Debtor
Fl Bar No: 141683
1162 Pelican Bay Drive
Daytona Beach, Florida 32119
(386) 788-4480
Email: bankruptcy@ronaldcutlerpa.com

Label Matrix for local noticing
113C-1
Case 26-19320-PDR
Southern District of Florida
Miami
Fri Aug 28 17:08:56 EDT 2026

(p)MCCALLA RAYMER LEIBERT PIERCE LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Precedent Asset Management-4B, LLC
c/o Nicole Grimal Helmstetter, Esq.
JONES WALKER LLP
201 South Biscayne Blvd.
Citi Center, Suite 3000
Miami, FL 33131-4332

11270 SW LLC
11315 NW 78 St.
Miami, FL 33178-1490

1719 SW LLC
29513 SW 144th CT
Homestead, FL 33033-2918

Alan Jackson Law Firm
888 W 6th St. 4th Floor
Los Angeles, CA 90017-2703

Atomic Loans, LLC
920 Coral Way
Coral Gables, FL 33134-4825

Christopher B Spuches
LYNX LAW PLLC
1825 Ponce De Leon Blvd. #59
Coral Gables, FL 33134-4418

Citibank, N.A., as trustee for CMLTI Asset T
PO Box 814609
Dallas TX 75381-4609

Citibank, NA/Lendz Financial
8889 E Las Olas Blvd., #301
Fort Lauderdale, FL 33301

Danny Horwits
2450 olorado Ave., #100e
Santa Monica, CA 90404-5535

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

GHIDOTTI BERGER LLP
10800 Biscayne Blvd., # 201
Miami, FL 33161-7538

GHIDOTTI BERGER LLP
10800 Biscayne Blvd., Suite 201
Miami, FL 33161-7538

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank, NA
c/o Flynn LaVrar PA
1133 S University Dr., 2nd Floor
Plantation, FL 33324-3303

Luba Sports, LLC
7863 E McClain Dr
Suite 1
Scottsdale, AZ 85260-1875

Moss Ranch LLC
29513 SW 144th Ct.
Homestead, FL 33033-2918

Precedent Asset Management-4B, LLC
c/o Nicole Grimal Helmstetter, Esq.
201 South Biscayne Blvd.
Citi Center, Suite 3000
Miami, FL 33131-4332

Precedent Asset Management-4B, LLC
c/o Nicole Grimal Helmstetter, Esq. JONE
201 South Biscayne Blvd.
Citi Center, Suite 3000
Miami, FL 33131-4332

Precedent Asset Mngmnt FB LLC
1521 Alton Rd., #529
Miami Beach, FL 33139-3301

Ricardo R. Vives, PA
201 Alhambra Circle, #500
Coral Gable, FL 33134-5105

Truist Bank
214 N. Tryon St.
Charlotte, NC 28202-1078

Wilmington Savings Fund Society
888 E Las Olas Blvd., #301
Fort Lauderdale, FL 33301-2239

Wilmington Savings Fund Society, FSB, not in
55 Beattie Place, Suite 100
Greenville, South Carolina 29601-2137

Ronald Cutler
1162 Pelican Bay Drive
Daytona Beach, FL 32119-1381

Yasiel Puig Valdes
9880 SW 140 St.
Miami, FL 33176-6722

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citibank, N.A., as trustee for CMLTI Asset T
c/o McCalla Raymer Liebert Pierce LLC
110 SE 6th St. #2400
Ft Lauderdale, FL 33301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Atomic Loans, LLC

(u)Wilmington Savings Fund Society, FSB, not

(u)Miami

(u)Rachel Lubba

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 27 |
| Bypassed recipients | 4 |
| Total | 31 |