UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Case No: 26-19320-PDR

YASIEL PUIG VALDES,

Debtor /

**MOTION TO APPEAR REMOTELY BY ZOOM FOR THE SCHEDULED HEARING ON SEPTEMBER 23, 2026 @ 11:00 AM**
**(Relief To Appear by ZOOM is Requested Without a Hearing)**
**(docket entry 48)**

Counsel for Debtor(s), Yasiel Puig Valdes, files this Motion To Appear Remotely By **ZOOM** for the Scheduled Hearing on September 23, 2026 @ 11:00 AM and in support thereof state:

1. On July 2, 2026, Debtor, Yasiel Puig Valdes, filed an emergency voluntary petition seeking relief under Chapter 11 in order to retain his homestead real property.

2. On August 27, 2026, an Order Dismissing Debtor's Chapter 11 Bankruptcy was filed with the Court (d/e 42) for failure to file a pre-bankruptcy certification of credit counseling for the Debtor under 11 U.S.C. § 109(h).

3. On August 28, 2026 Debtor's **Certificate of Counseling** was filed with the Court (d/e 43) showing Debtor had received his credit counseling on June 2, 2026 prior to filing his Chapter 11 Bankruptcy.

4. On August 28, 2026 Debtor filed a **MOTION FOR RECONSIDERATION AND TO VACATE ORDER DISMISSING CHAPTER 11 CASE (d/e 46).**

5. A **NOTICE OF HEARING (d/e 48)** on Debtor's Motion for Reconsideration and To Vacate Order Dismissing Chapter 11 Case was filed with the Court on September 1, 2026 scheduling a Hearing on **September 23, 2026 at 11:00 AM.**

6. On September 19, 2026 at 5:45 PM, Debtor's attorney and his wife were in a severe auto accident resulting in the total destruction of Debtor's Counsel's automobile, and the transporting by ambulance of Debtor's attorney and his wife to the emergency room of a local hospital.

7. Debtor's attorney and his wife underwent multiple x-rays and scans for their injuries and were finally released from the hospital eight hours later to convalesce and recover at their home.

8. As a result of Debtor's attorney's injuries he is requesting to appear remotely for a non evidentiary hearing on September 23, 2026 inasmuch as he cannot appear in person due to his injuries and needs to convalesce and recover at his home as well as to assist his wife in her recovery.

9. Due to the above circumstances Debtor prays that the Court considers Debtor's attorney's circumstances and **Grants Debtor's attorney's Motion to appear remotely by ZOOM.**

10. Debtor's attorney will be uploading the attached **ORDER GRANTING MOTION TO APPEAR REMOTELY BY ZOOM FOR THE SCHEDULED HEARING ON SEPTEMBER 23, 2026 @ 11:00 AM, once the Motion to Appear Remotely By Zoom has been GRANTED.**

WHEREFORE, debtor(s) requests that the the Debtor's attorney's **MOTION TO APPEAR REMOTELY BY ZOOM FOR THE SCHEDULED HEARING ON SEPTEMBER 23, 2026 @ 11:00 AM IS GRANTED.**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **MOTION TO APPEAR REMOTELY BY ZOOM FOR THE SCHEDULED HEARING ON SEPTEMBER 23, 2026 @ 11:00 AM** has been furnished by either electronic transmission or by U.S. Mail on the 20th day of September 20, 2026 to all interested parties on the attached mailing matrix.

Dated this 20th day of September, 2026.

/s/ Ronald Cutler
Ronald Cutler
Attorney for Debtor
Fl Bar No: 141683
1162 Pelican Bay Drive
Daytona Beach, Florida 32119
(386) 788-4480
Email: bankruptcy@ronaldcutlerpa.com

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Case No.: 26-19320-PDR

Yasiel Puig Valdes, Chapter 11
aka Yasiel Valdes Puig
aka Yadiel Puig

Debtor /

**ORDER GRANTING DEBTOR'S MOTION TO APPEAR REMOTELY BY ZOOM FOR THE SCHEDULED HEARING ON SEPTEMBER 23, 2026 @ 11:00 AM**

THIS CASE came before the Court on consideration, without hearing, on Debtor's Attorney's **MOTION TO APPEAR REMOTELY BY ZOOM FOR THE SCHEDULED HEARING ON SEPTEMBER 23, 2026 @ 11:00 AM. (d/e____).** The Court has considered the motion, and finds that the Motion should be granted. Accordingly, it is

**ORDERED:**

1. The motion is **GRANTED**.

2 The Debtor's Attorney will appear by **ZOOM.**

###

Submitted by:
Ronald Cutler
Florida Bar No: 141683
Ronald Cutler PA
1162 Pelican Bay Drive
Daytona Beach, Florida 32119
Telephone: (386) 788-4480
Facsimile: (386) 866-0020
Email: thelawoffice@ronaldcutlerpa.com

Debtor's Counsel, Ronald Cutler, PA, is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a Certificate of Service within 2 days of entry of this Order.

Label Matrix for local noticing
113C-1
Case 26-19320-PDR
Southern District of Florida
Miami
Sun Sep 20 17:56:21 EDT 2026

(p)MCCALLA RAYMER LEIBERT PIERCE LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Precedent Asset Management-4B, LLC
c/o Nicole Grimal Helmstetter, Esq.
JONES WALKER LLP
201 South Biscayne Blvd.
Citi Center, Suite 3000
Miami, FL 33131-4332

11270 SW LLC
11315 NW 78 St.
Miami, FL 33178-1490

1719 SW LLC
29513 SW 144th CT
Homestead, FL 33033-2918

Alan Jackson Law Firm
888 W 6th St. 4th Floor
Los Angeles, CA 90017-2703

Atomic Loans, LLC
920 Coral Way
Coral Gables, FL 33134-4825

Christopher B Spuches
LYNX LAW PLLC
1825 Ponce De Leon Blvd. #59
Coral Gables, FL 33134-4418

Citibank, N.A., as trustee for CMLTI Asset T
PO Box 814609
Dallas TX 75381-4609

Citibank, NA/Lendz Financial
8889 E Las Olas Blvd., #301
Fort Lauderdale, FL 33301

Danny Horwits
2450 olorado Ave., #100e
Santa Monica, CA 90404-5535

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

GHIDOTTI BERGER LLP
10800 Biscayne Blvd., # 201
Miami, FL 33161-7538

GHIDOTTI BERGER LLP
10800 Biscayne Blvd., Suite 201
Miami, FL 33161-7538

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank, NA
c/o Flynn LaVrar PA
1133 S University Dr., 2nd Floor
Plantation, FL 33324-3303

Luba Sports, LLC
7863 E McClain Dr
Suite 1
Scottsdale, AZ 85260-1875

Moss Ranch LLC
29513 SW 144th Ct.
Homestead, FL 33033-2918

Precedent Asset Management-4B, LLC
c/o Nicole Grimal Helmstetter, Esq.
201 South Biscayne Blvd.
Citi Center, Suite 3000
Miami, FL 33131-4332

Precedent Asset Management-4B, LLC
c/o Nicole Grimal Helmstetter, Esq. JONE
201 South Biscayne Blvd.
Citi Center, Suite 3000
Miami, FL 33131-4332

Precedent Asset Mngmnt FB LLC
1521 Alton Rd., #529
Miami Beach, FL 33139-3301

Ricardo R. Vives, PA
201 Alhambra Circle, #500
Coral Gable, FL 33134-5105

Truist Bank
214 N. Tryon St.
Charlotte, NC 28202-1078

Wilmington Savings Fund Society
888 E Las Olas Blvd., #301
Fort Lauderdale, FL 33301-2239

Wilmington Savings Fund Society, FSB, as Tru
NewRez LLC dba Shellpoint Mortgage Servi
PO Box 10826
Greenville SC 29603-0826

Wilmington Savings Fund Society, FSB, not in
55 Beattie Place, Suite 100
Greenville, South Carolina 29601-2137

Ronald Cutler
1162 Pelican Bay Drive
Daytona Beach, FL 32119-1381

Yasiel Puig Valdes
9880 SW 140 St.
Miami, FL 33176-6722

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citibank, N.A., as trustee for CMLTI Asset T
c/o McCalla Raymer Liebert Pierce LLC
110 SE 6th St. #2400
Ft Lauderdale, FL 33301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Atomic Loans, LLC

(u)Wilmington Savings Fund Society, FSB, not

(u)Miami

(u)Rachel Lubba

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 28 |
| Bypassed recipients | 4 |
| Total | 32 |